## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**CIVIL ACTION NO. 3:25-cv-410-BJB**

EWU MEDIA LLC                                                                                          PLAINTIFF

v.                    **ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

LOUISVILLE-JEFFERSON COUNTY
METRO GOVERNMENT, by and through                                                     DEFENDANT
LOUISVILLE METRO POLICE DEPARTMENT

***** ***** *****

Defendant, Louisville/Jefferson County Metro Government ("Louisville Metro"), for its Answer to the Amended Complaint filed by Plaintiff, EWU Media LLC, states as follows:

**FIRST DEFENSE**

1. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 1 of the Amended Complaint. To the extent the statements in that paragraph can be interpreted as making any allegations or asserting any claims against Defendant that require a response, Defendant denies them in full.

2. Defendant admits the allegations made in paragraph 2 of the Amended Complaint.

3. Defendant states that no response is required to paragraphs 3 and 4 of the Amended Complaint, as they reference statutes which speak for themselves. To the extent the statements in those paragraphs can be interpreted as making any allegations or asserting any claims of wrongdoing or liability against the Defendant that require a response, Defendant denies them in full.

1

4. Defendant states that the allegations made in paragraph 5 and 6 of the Amended Complaint are legal conclusions that have not been properly pled and to which no response is required. To the extent the statements in those paragraphs can be interpreted as making any allegations or asserting any claims against Defendant that require a response, Defendant denies them in full.

5. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraphs 7, 8, 9, 10, 11, 12, and 13 of the Amended Complaint. To the extent the statements in that paragraph can be interpreted as making any allegations or asserting any claims against Defendant that require a response, Defendant denies them in full.

6. Defendant states that no response is required to paragraphs 14, 15, 18, 19, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 37, 38, 39, 40, 47, 51, 54, 59, 60, and 62 of the Amended Complaint, as they appear to attempt to recite or restate in part documents, statutes, and/or requests which speak for themselves. To the extent the statements in those paragraphs can be interpreted as making any allegations or asserting any claims against Defendant that require a response, Defendant denies them in full.

7. Defendant admits the allegations made in paragraph 16 of the Amended Complaint that it asserted that Plaintiff's request was for a commercial purpose and that responding to the request would incur a fee. The remaining allegations made in that paragraph, including the claim that either of those assertions were incorrect, are legal conclusions that have not been properly pled and to which no response is required. To the extent the statements in that paragraph can be interpreted as making any allegations or asserting any claims against Defendant that require a response, Defendant denies them in

2

full.

8. Defendant admits the allegations made in paragraph 17 of the Amended Complaint that it denied Plaintiff's request because Plaintiff is not a Kentucky resident. The remaining allegations made in that paragraph, including the claim that Defendant's determination regarding Plaintiff's residence was incorrect, are legal conclusions that have not been properly pled and to which no response is required. To the extent the statements in that paragraph can be interpreted as making any allegations or asserting any claims against Defendant that require a response, Defendant denies them in full.

9. Defendant denies the allegations made in paragraphs 20, 36, and 42 of the Amended Complaint.

10. The Defendant states that the allegations made in paragraphs 35, 46, and 58 of the Amended Complaint are incorporating provisions to which no response is required. To the extent the statements in that paragraph can be interpreted as making any allegations or asserting any claims against Defendant that require a response, Defendant denies them in full.

11. The allegations made in paragraphs 41, 43, 44, 45, 48, 49, 50, 52, 53, 55, 56, 57, 61, 63, and 64 of the Amended Complaint are legal conclusions that have not been properly pled and to which no response is required. To the extent the statements in that paragraph can be interpreted as making any allegations or asserting any claims against Defendant that require a response, Defendant denies them in full.

**SECOND DEFENSE**

12. Plaintiff's Amended Complaint fails to state a claim and/or cause of action upon which relief can be granted and the same should therefore be dismissed and held for naught.

13. Plaintiff's Amended Complaint is barred, in whole or in part, by the doctrines of res judicata and collateral estoppel.

14. In addition, or in the alternative, Plaintiff's Amended Complaint is barred, in whole or in part, by waiver, laches, and/or by the applicable statute(s) of limitation.

## THIRD DEFENSE

15. The Defendant is immune, in whole or in part, from the liability sought to be imposed upon it by Plaintiff's Amended Complaint by and including but not limited to the doctrines of sovereign and/or governmental and/or absolute and/or qualified and/or common law immunity and/or statutory immunity under state or federal law.

16. At all times mentioned in Plaintiff's Amended Complaint, the Defendant acted in good faith, without malice, and within the scope of their duties.

17. The Defendant is not liable for its acts or omissions to act while exercising reasonable due care in the execution and enforcement of any law, public duty, or responsibility.

18. At all times relevant to Plaintiff's Amended Complaint, the Defendant acted reasonably, lawfully, and in good faith such that they are immune from Plaintiff's suit.

19. At all times set forth in Plaintiff's Amended Complaint, the actions of the Defendant in all respects, were reasonable, proper, legal and without wrongful intent, impact or effect and without malice.

## FOURTH DEFENSE

20. The Defendant is not liable for exemplary or punitive damages in any sum, or at all.

21. In addition, or in the alternative, Plaintiff's claims for exemplary or punitive

4

damages are barred by law.

## FIFTH DEFENSE

22. That there has been insufficient process and/or service of process upon the Defendant herein, and the Plaintiff's Amended Complaint should therefore be dismissed and held for naught.

## SIXTH DEFENSE

23. Plaintiff's Complaint herein is barred, in whole or in part, by lack of subject matter and/or personal jurisdiction.

## SEVENTH DEFENSE

24. Plaintiff's Complaint herein is barred, in whole or in part, by improper venue.

## EIGHTH DEFENSE

25. Plaintiff's Complaint fails to state a claim for violation of Plaintiff's constitutional rights and/or rights under federal or state law.

## NINTH DEFENSE

26. The above styled action should be dismissed due to the Plaintiff's failure to exhaust all available administrative remedies.

## TENTH DEFENSE

27. The Defendant reserves the right, pursuant to F.R.C.P. 15, to assert additional defenses, whether affirmative or otherwise, about which the Defendant presently lacks sufficient knowledge or information, but which may become available during the course of this litigation through discovery or other means, including but not limited to the venue and choice of law to be applied in this action. Defendant incorporates by reference and adopts as part of this Answer all those appropriate defenses set forth in Rules 8 and 12 of the Federal

Rules of Civil Procedure.

## ELEVENTH DEFENSE

28. The Defendant reserves the right to plead further herein, and specifically reserves the right to amend its Answer to assert any and all affirmative defenses which facts or discovery herein may reveal appropriate.

29. Any allegation not specifically admitted in this Answer is specifically and generally denied, including but not limited to the opening narrative/non-numerical paragraphs requesting declaratory and injunctive relief.

**WHEREFORE,** Defendant respectfully requests:

1. That Plaintiff's Amended Complaint be dismissed with prejudice;

2. Trial by jury;

3. Their costs herein expended, including a reasonable fee for their attorneys; and

4. For any and all other relief to which they may appear appropriately entitled.

        Respectfully submitted,

        MICHAEL J. O'CONNELL
        JEFFERSON COUNTY ATTORNEY

        _/s/ Donald J. Haas_

        Donald J. Haas
        James E. McKiernan, III
        Assistant County Attorneys
        200 S. Fifth Street, Ste 200N
        Louisville, KY 40202
        502-574-8083
        donald.haas@louisvilleky.gov
        james.mckiernan@louisvilleky.gov
        *Counsel for Louisville Metro Government*

**CERTIFICATE OF SERVICE**

This is to certify that on Thursday, August 7th, 2025, a true copy of the foregoing document served on the following parties by email and by filing with the clerk of the court through the ECF system:

Michael P. Abate
Heather Gatnarek
KAPLAN JOHNSON ABATE & BIRD LLP
710 West Main Street, 4th Floor
Louisville, KY 40202
mabate@kaplanjohnsonlaw.com
hgatnarek@kaplanjohnsonlaw.com

                                      /s/ Donald J. Haas
                                      Donald J. Haas